```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F03-0028--CR (RRB)
              "USA V RAYMOND ALLEN THOMAS"
               DEF 1.1 THOMAS, RAYMOND ALLEN

     Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 12/16/03
             Closed: 02/08/05
 No. of Defendants:  1
     MJ Case Number: F03-0144--MJ
                AKA:
    Location status: U.S. Custody
         Trial date: 07/26/04
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: Allison E. Mendel
                     Mendel & Associates
                     431 W. 7th Avenue, Suite 101
                     Anchorage, AK 99501
                     907-279-5001
                     Serve: YES
                      Type: CJA
                      Role: Appeal


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:   Stephen Cooper
                     U.S. Attorney's Office
                     101 12th Avenue, Box 2
                     Fairbanks, AK 99701
                     907-456-0245
                     FAX 907-456-0577
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


Counts re: DEF 1.1 THOMAS, RAYMOND ALLEN
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:841(a)(1) & 841(b)(1)(B) POSSESSION OF CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Sentenced (82-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE F03-0028--CR (RRB)
                                     "USA V RAYMOND ALLEN THOMAS"

                                           For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 12/16/03
            Closed: 02/08/05
 No. of Defendants: 1


 Document #   Filed       Docket text

  NOTE -  1   12/16/03    [Re: DEF 1] USM Notice of Arrest; defendant arrested 12/11/03 in
                          F03-0144 MJ (JWM).

     1 -  1   12/16/03    [Re: DEF 1] PLF 1 Indictment.

  NOTE -  2   12/17/03    Issued: proposed trial date setting for Arr to CMC for USDJ.

     2 -  1   12/17/03    [Re: DEF 1] AHB Grand Jury Minutes re no bail set; set for Arr & notify
                          USM; def in custody.

     3 -  1   12/17/03    [Re: DEF 1] JWM Minute Order re prelim/det hrg prev set for 12/17/03 in
                          F03-144 MJ is VACATED; Arr on Indt / Det hrg set for 12/17/03 at 10:00
                          a.m. cc: USA, FPD, USM, USPO

     4 -  1   12/17/03    [Re: DEF 1] PLF 1 motion on shortened time to appear telephonic at
                          arr/det hrg on 12/17/03.

     5 -  1   12/17/03    [Re: DEF 1] Documents transferred from: F03-0144MJ. cc: Cooper, FPD,
                          USM, FPO, Judge Beistline, MJ Miller

     6 -  1   12/17/03    [Re: DEF 1] JWM Order regarding preparation for trial: Discovery
                          conference 12/29/03, PTM's due 01/06/2004 cc: Cooper, FPD, USM, FPO,
                          Judge Beistline

     7 -  1   12/17/03    [Re: DEF 1] PLF 1 Report re: Conference of 12-17-03 regarding discovery
                          and future proceedings.

     8 -  1   12/22/03    [Re: DEF 1] JWM Court Minutes [ECR: Denise Petty] from arr on indictment
                          held 12/17/03: NG plea, def detained, detention hrg set for 12/29/03 at
                          10:00 a.m. Pretrial motions due 01/06/04, TBJ set for 02/09/04. cc:
                          Cooper, FPD, USM, FPO, Judge Beistline

     9 -  1   12/23/03    [Re: DEF 1] RRB Minute Order setting trial by jury for 2/9/04 at 8:30
                          a.m. in Fairbanks and FPTC for 2/3/04 at 8:45 a.m. in a courtroom to be
                          determined.  cc: S. Cooper, K. McCoy, USM, USPO, MJ Miller, jury clerk

    10 -  1   12/29/03    DEF 1 motion on shortened time to vacate bail review hearing.

    11 -  1   12/29/03    [Re: DEF 1] JWM Minute Order granting motion on shortened time to vacate
                          12/29/03 bail review hearing (10-1). cc: USA, FPD, USM, USPO

    12 -  1   12/29/03    [Re: DEF 1] JWM Order of Detention Pending Trial. cc: Cooper, FPD, FPO,
                          USMS, Judge Beistline

    13 -  1   12/30/03    DEF 1 motion on shortened time for a bail review hearing.

    14 -  1   12/30/03    [Re: DEF 1] JWM Order granting motion on shortened time for a bail
                          review hearing (13-1). Bail hrg set for 01/02/04 at 11:00 a.m. cc:
                          Cooper, Hayden, FPO, USM, Judge Beistline
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F03-0028--CR (RRB)
                            "USA V RAYMOND ALLEN THOMAS"

                                 For all filing dates


 Document #    Filed     Docket text

    15 -  1   12/31/03   [Re: DEF 1] PLF 1 motion on shortened time for telephonic appearance by
                         Anchorage AUSA.

    15A-  1   12/31/03   DEF 1 Attorney Substitution of M.J. Haden (FPD) for K. McCoy (FPD).

    16 -  1   01/02/04   [Re: DEF 1] JWM Minute Order granting motion on shortened time for
                         telephonic appearance by Anchorage AUSA at 11:00 1/2 hrg (15-1). cc:
                         USA, FPD

    17 -  1   01/02/04   Docket number not used.

    18 -  1   01/05/04   [Re: DEF 1] JWM Court Minutes [ECR: Denise Petty] from Bail Review hrg
                         held 01/02/04: Release to third party custodian denied. cc: Cooper,
                         Haden, FPO, USM, Judge Beistline

    19 -  1   01/05/04   [Re: DEF 1] PLF 1 motion for extension of time to file pretrial motions
                         on shortened time.

    19 -  2   01/05/04   [Re: DEF 1] PLF 1 motion for extension of time to continue trial on
                         shortened time.

    20 -  1   01/07/04   [Re: DEF 1] RRB Minute Order granting motion for extension of time to
                         file pretrial motions on shortened time (19-1), motion for extension of
                         time to continue trial on shortened time (19-2). The fptc and trial
                         dates are vacated. A trial rescheduling conference is set for 1/23/04
                         at 11:00 a.m. in Fairbanks. cc: S. Cooper, MJ Hayden, USM, USPO, MJ
                         Miller, Jury Clerk

    21 -  1   01/16/04   DEF 1 Unopposed motion for additional ext (to 1/23/04) to file pretrial
                         mots (filed on shortened time)

    22 -  1   01/16/04   DEF 1 motion to compel (on shortened time).

    23 -  1   01/20/04   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to compel (on shortened
                         time) (22-1).

    24 -  1   01/20/04   [Withdrawn per dkt 26A] [Re: DEF 1] PLF 1 motion to unseal order for
                         electronic tracking issued 12/10/03 in A03-0340CR on shortened time.

    25 -  1   01/20/04   [Re: DEF 1] JWM Minute Order terminating in light of this order: motion
                         to compel (on shortened time) (22-1). cc: Cooper, Haden, FPO, USM,
                         Judge Beistline

    26 -  1   01/20/04   [Re: DEF 1] JWM Minute Order granting motion Unopposed motion for
                         additional ext (to 1/23/04) to file pretrial mots (21-1). cc: Cooper,
                         Haden, FPO, USM, Judge Beistline

    26A-  1   01/20/04   [Re: DEF 1] PLF 1 motion to withdraw motion to unseal order on shortened
                         time.

    27 -  1   01/23/04   [Re: DEF 1] RRB Court Minutes [ECR: Jennifer Kemp]. Trial setting
                         conference hearing. Trial by jury set for 4-12-04 at 8:30 a.m. in
                         Fairbanks. Final pretrial conference set telephonically for 4-5-04 at
                         8:30 a.m. in Anchorage. USA to attend in Fairbanks; court approved
                         telephonic appearance of defense counsel, if necessary. Court found
                         excusable delay for a total of 64 days. cc: S. Cooper, USA; MJ Haden,
                         FPD; USM; USPO; Judge Beistline; Magistrate Judge Miller.

 ACRS: R_RDSDX               As of 12/01/05 at 2:56 PM by GARRY                      Page 2
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE F03-0028--CR (RRB)
                                  "USA V RAYMOND ALLEN THOMAS"

                                        For all filing dates

Document #   Filed      Docket text
_____   _____      _____

  26A-   2   01/26/04   Clerk's Notice granting motion to withdraw motion to unseal order on
                        shortened time (26A-1); withdrawing motion to unseal order for
                        electronic tracking issued 12/10/03 in A03-0340CR (24-1). cc: Cooper,
                        Haden, FPO, USM, Judge Beistline, MJ Miller

  28  -   1   01/26/04  DEF 1 motion on shortened time to accept late-filed motion to suppress.

  29  -   1   01/28/04  [Re: DEF 1] JWM Minute Order granting motion on shortened time to accept
                        late-filed motion to suppress (28-1); clerk is directed to file proposed
                        late filed mot to suppress; govt's oppo to mot to suppress is due
                        2/6/04.  cc: USA, FPD

  30  -   1   01/28/04  DEF 1 motion to suppress evidence w/att exh.

  30  -   2   01/28/04  DEF 1 motion (request) for evidentiary hearing w/att exh.

  31  -   1   01/29/04  [Re: DEF 1] PLF 1 Notice of Information under 21 U.S.C. 851.

  32  -   1   02/04/04  [Re: DEF 1] JWM Minute Order granting motion (request) for evidentiary
                        hearing (30-2); evid hrg set 2/20/04 10:00 a.m. - 12:00 p.m.; after
                        review of oppo crt to advise parties by separate MO if hrg is not
                        necessary.  cc: USA, FPD, USM, PO

  33  -   1   02/06/04  [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence
                        w/attached exhibits (30-1).

  34  -   1   02/17/04  DEF 1 Attorney Appearance of W. Bryson.

  35  -   1   02/17/04  DEF 1 Unopposed motion to continue evidentiary hearing.

  36  -   1   02/18/04  DEF 1 motion for leave to withdraw as counsel of record (on shortened
                        time).

  37  -   1   02/19/04  [Re: DEF 1] JWM Minute Order granting motion Unopposed motion to
                        continue evidentiary hearing (35-1), motion for leave to withdraw as
                        counsel of record (on shortened time) (36-1); FPD relieved of
                        appointment w/Wm Bryson proceeding as cnsl of record; 2/20/04 evid hrg
                        is VACATED and RESET to 10:00 a.m., 3/5/04.  cc: USA, FPD, Wm. Bryson,
                        USM, PO

  38  -   1   03/04/04  DEF 1 Unopposed motion to continue evidentiary hearing.

  39  -   1   03/04/04  [Re: DEF 1] JWM Minute Order granting motion Unopposed motion to
                        continue evidentiary hearing (38-1); 3/5/04 evid hrg VACATED and RESET
                        to 10:00 a.m, 3/12/04; parties put on notice that absent cont of tbj no
                        further requests for ext will be considered.  cc: USA, Wm. Bryson, USM,
                        PO

  40  -   1   03/09/04  DEF 1 Unopposed motion to continue trial.

  40  -   2   03/09/04  DEF 1 Unopposed motion to continue evidentiary hearing.

  41  -   1   03/09/04  [Re: DEF 1] RRB Minute Order that a hearing on def's non-opposed motion
                        to continue trial will be held 3/10/04 at 12:00 p.m. in Fairbanks.  cc:
                        AUSA, W. Bryson, USM, USPO, Mj Miller

  42  -   1   03/11/04  [Re: DEF 1] RRB Court Minutes [ECR: Carolyn Bollman] granting motion
                        Unopposed motion to continue trial (40-1).  Final PTC set or 08/05/04
```

```
                                  For all filing dates

Document #   Filed      Docket text
```

|  |  |  |  |
|---|---|---|---|
| | | | vacated and reset for 06/01/04 at 9:00 a.m. in Fairbanks.  TBJ set for 04/12/04 is vacated and reset for 06/07/04 in Fairbanks.  Excludable delay found from 04/12/04 to 06/07/04 for 57 days.  cc: Cooper, Bryson, FPO, USM, MJ Miller, Jury Clerk |
| 43 - | 1 | 03/11/04 | [Re: DEF 1] JWM Minute Order granting Unopposed motion to continue evidentiary hearing (40-2); 3/12/04 evid hrg is VACATED and RESET to 10:00 a.m., 4/2/04.  cc: USA, Wm. Bryson, USM, PO |
| 44 - | 1 | 03/12/04 | [Re: DEF 1] PLF 1 Notice of Court Calendar Conflict. |
| 45 - | 1 | 03/12/04 | DEF 1 Attorney Appearance as co-counsel L. Reger. |
| 46 - | 1 | 03/15/04 | [Re: DEF 1] PLF 1 motion to Vacate and Reset (evidentiary hearing of 4/2/04). |
| 47 - | 1 | 03/16/04 | [Re: DEF 1] JWM Minute Order granting motion to Vacate and Reset (evidentiary hearing of 4/2/04) (46-1); 4/2/04 hrg VACATED and RESET to 10:00 a.m., 4/14/04.  cc: USA, Wm. Bryson, USM, PO |
| 48 - | 1 | 03/22/04 | [Re: DEF 1] PLF 1 Unopposed motion to reset evidentiary hearing. |
| 49 - | 1 | 03/25/04 | [Re: DEF 1] JWM Minute Order granting Unopposed motion to reset evidentiary hearing (48-1); 4/14/04 evid hrg is VACATED and RESET to 10:00 a.m., 4/28/04.  cc: USA, Wm. Bryson, USM, PO |
| 50 - | 1 | 03/31/04 | [Re: DEF 1] JWM Minute Order that in order to accommodate the crt's calendar the 4/28/04 Evid hrg is vacated and reset to 10:30 a.m., 5/4/04.  cc: USA, Wm. Bryson, USM, PO |
| 51 - | 1 | 05/04/04 | DEF 1 Unopposed motion to continue evidentiary hearing (expedited). |
| 52 - | 1 | 05/06/04 | [Re: DEF 1] JWM Court Minutes [ECR: Denise Petty] from evidentiary hrg held 05/04/04 granting unopposed motion to continue evidentiary hearing (expedited) (51-1).  Hrg continued to 05/07/04 at 9:30 a.m. cc: Cooper, Bryson, FPO, USM, Judge Beistline |
| 53 - | 1 | 05/10/04 | [Re: DEF 1] JWM Court Minutes [ECR: Denise Petty] re Evidentiary Hearing on Defendant's Motion to Suppress at Dkt. #30 held 5/7/04.  Court granted defense counsel's Oral Motion for Continued Telephonic Appearance; court granted motion for continuance and set hearing for 5/14/04 at 1:00 p.m., if matter is not concluded by 2 pm, hearing will be continued to 5/17/04. Both parties agreed to waive right to reply to objections to initial R & R.  cc: USA; USMS; USPO; W. Bryson, Esq., Magistrate Judge Miller; Judge Beistline. |
| 54 - | 1 | 05/14/04 | DEF 1 Unopposed motion to reset evidentiary hearing. |
| 55 - | 1 | 05/17/04 | [Re: DEF 1] JWM Court Minutes [ECR: Denise Petty]. Evidentiary Hearing on Defendant's Motion to Suppress at Dkt #30 held 5/14/04. Court and counsel heard re Mr. Bryson's illness and inability to be prepared for court; court granted defense counsel's oral motion for telephonic appearance; defense counsel made oral motion to reschedule hearing; Government non-opposed; defense counsel must file motion on shortened time to continue evidentiary hearing. cc: USA; USMS; USPO; W. Bryson, Esq.; Judge Beistline; Magistrate Judge Miller. |
| 56 - | 1 | 05/28/04 | DEF 1 motion (expedited) to continue trial in order to re-calendat dispositive evidentiary hearing. |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F03-0028--CR (RRB)
                           "USA V RAYMOND ALLEN THOMAS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 56 - 2 | 05/28/04 | DEF 1 motion (expedited) to appear telephonically at the FPTC on 6/1/04. |
| 57 - 1 | 05/28/04 | [Re: DEF 1] RRB Minute Order granting motion (expedited) to appear telephonically at the FPTC on 6/1/04 (56-2); crt to address def's expedited mot to cont trial in order to-recalendar dsptv evident hrg (56-1) at the 6/1/04 FPTC hrg. cc: USA, B. Bryson |
| 58 - 1 | 06/01/04 | [Re: DEF 1] JWM Amended Court Minutes [ECR: Denise Petty] from evidentiary hrg on motion to suppress held 05/14/04. Court denied motion to continue evidentiary hrg until motion to continue trial can be filed. Oral motion for telephonic apearance granted. cc: Cooper, Bryson, FPO, USM, Judge Beistline |
| 59 - 1 | 06/01/04 | [Re: DEF 1] RRB Court Minutes [ECR: Carolyn Bollman] from final pretrial conf held 06/01/04: Granting unopposed motion to reset evidentiary hearing (54-1) and motion (expedited) to continue trial in order to re-calendat dispositive evid (56-1). TBJ set for 06/06/04 vacated and reset for 07/26/04 at 8:30 a.m. Referral of motio to suppress to MJ is withdrawn, Evidentiary hrg on motion to suppress set for 06/10/2004 at 9:30 a.m. FPTC 07/08/04 at 8:30 a.m. Court will allow defendant to appear telephonically at FPTC if he is not in the District. cc: Cooper, Bryson, FPO, USM , MJ Miller |
| 60 - 1 | 06/14/04 | [Re: DEF 1] RRB Court Minutes [ECR: Carolyn Bollman] from Evidentiary hrg held 06/10/04: Testimony taken; further proceedings set for 06/15/04 at 1:30 p.m. cc: Cooper, Bryson, FPO, USM |
| 61 - 1 | 06/16/04 | [Re: DEF 1] RRB Court Minutes [ECR: Carolyn Bollman] from continued Evidentiary hrg hedl 06/15/04: Matter under advisement. cc; Cooper, Bryson, FPO, USM |
| 62 - 1 | 06/16/04 | [Re: DEF 1] Clerk's Notice re MJ referral reassigned to MJ Roberts. cc: USA, W. Bryson, USM, USPO, MJ Roberts, Judge Besitline |
| 63 - 1 | 06/17/04 | [Re: DEF 1] RRB Order denying motion to suppress evidence (30-1).  cc: AUSA, W. Bryson, Mj Roberts |
| 64 - 1 | 07/08/04 | [Re: DEF 1] RRB Court Minutes [ECR: Debby Willoughby-Lyons] re FPTC hld 7/9/04; status hrg set for 7/16/04 at 11:45 a.m. in Fairbanks; cnsl for def may appear telephonically; TBJ set for 7/26/04 is VACATED. cc: USA, W. Bryson, USM, USPO, JC, Fairbanks Clerk, ECR, MJ Roberts |
| 65 - 1 | 07/16/04 | [Re: DEF 1] RRB Court Minutes [ECR: Jennifer Kemp]. Status conference held on 7/16/04. Counsel requests additional continuance for trial date. Court DENIES request and REINSTATES prior vacated trial date scheduled for the week of 7/26/04. Telephonic FPTC is scheduled for Thursday, 7/22/04 at 1:30 p.m. in Fairbanks.  Court grants request of USM for Defendant to participate telephonically from jail.  cc: USA; USM; USPO; W. Bryson, Esq.; Judge Beistline; Magistrate Judge Roberts. |
| 66 - 1 | 07/22/04 | PLF 1 Notice to the court: Information under 21 USC 851 for purposes of sentencing. |
| 67 - 1 | 07/22/04 | PLF 1; DEF 1 Waiver of trial by jury signed by def and AUSA. |
| 68 - 1 | 07/23/04 | [Re: DEF 1] RRB Court Minutes [ECR: Debby Willoughby-Lyons] FPTC held 7/22/04.  Trial by court is set for 7/26/04 at 8:30 a.m. in Fairbanks. Def to file wiaver of jury form.    Trial by jury set 7/26/04 is |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F03-0028--CR (RRB)
                              "USA V RAYMOND ALLEN THOMAS"
```

| | | For all filing dates |
|---|---|---|

| Document # | Filed | Docket text |
|---|---|---|
| | | vacated.  cc: S. Cooper, W. Bryson, USM, USPO, JC |
| 69 - 1 | 07/26/04 | [Re: DEF 1] RRB Court Minutes [ECR: Carolyn Bollman] from TBC held 07/26/04:  Def found guilty of indictment.  IOS scheduled for 09/30/2004 at 1:30 p.m. cc: Cooper, Bryson, FPO, USM |
| 70 - 1 | 07/27/04 | [Re: DEF 1] RRB Minute Order supplementing order.  The court supplements its oral order of conviction enter 7/26/04, by noting that def's prior drug convictions are not only relevant for sentencing purposes but are admissible to show def's knowledge, intent, plan and absence of mistake with regard to the charges set forth in the Indictment.  cc: AUSA, W. Bryson, USPO |
| 71 - 1 | 08/13/04 | Return of trial exhibits to USA. |
| 72 - 1 | 09/27/04 | DEF 1 expedited unopposed motion  to continue sentencing hearing. |
| 73 - 1 | 09/28/04 | [Re: DEF 1] RRB Minute Order granting motion expedited unopposed motion to continue sentencing hearing (72-1).  IOS set 9/30/04 is VACATED and reset for 11/5/04 at 9:00 a.m. in Fairbanks.  cc: AUSA, W. Bryson, USM, USPO |
| 74 - 1 | 10/29/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 75 - 1 | 11/04/04 | DEF 1 expedited unopposed motion to continue sentencing hearing. |
| 76 - 1 | 11/04/04 | [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] granting exped unopposed mot to continue sentencing hearing (75-1) (held 11/4/04); IOS set 11/5/04 VACATED; IOS reset to 12/8/04 at 1:30 pm in Fbks; Mr. Bryson to file Sentencing Memorandum by 11/24/04.  cc: USA, W. Bryson, USM, USPO, MJ Roberts |
| 77 - 1 | 11/05/04 | [Re: DEF 1] RRB Order that the IOS set 11/5/04 is vacated and is reset for 12/8/04 at 1:30 p.m.  cc: S. Cooper, W. Bryson, USM, USPO |
| 78 - 1 | 12/01/04 | [Re: DEF 1] RRB Minute Order: If the Supreme Court has not ruled on Blakely issues by 12/03/04, the IOS scheduled for 12/08/2004 will be a rescheduling conference. cc: Cooper, Bryson/Reger, FPO, USM, MJ Roberts |
| 79 - 1 | 12/01/04 | [Re: DEF 1] RRB Minute Order if the US Supreme Court has not ruled on the Blakely issue by 12/3/04, the sentencing hearing set for 12/8/04 at 1:30 p.m. will be utilized as a rescheduling hrg.  cc: AUSA, W. Bryson, USM, USPO |
| 80 - 1 | 12/08/04 | [Re: DEF 1] RRB Court Minutes [ECR: Carolyn Bollman] from rescheduling conference held 12/08/2004: IOS set for 02/07/2005 at 1:15 p.m.  cc: Cooper, Haden, FPO, USM, MJ Roberts |
| 81 - 1 | 02/08/05 | [Re: DEF 1] RRB Court Minutes [ECR: Jennifer Kemp]. Imposition of Sentence held on 2-7-05. Sentence imposed as stated in the judgment. cc: USA; USM; USPO. |
| 82 - 1 | 02/08/05 | [Re: DEF 1] RRB Judgment found guilty on count(s) 1 of the Indictment (1-1). Sentenced to 265 months in prison; 96 months of supervised release; participate in residential drug treatment program; special assessment of $100.00. cc: USA; USM; USPO; W. Bryson; Judge Beistline; Magistrate Judge Roberts. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE F03-0028--CR (RRB)
                                "USA V RAYMOND ALLEN THOMAS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 83 - 1 | 02/11/05 | DEF 1 appeal to 9CCA of (82-1) filed 02/08/05. cc:cnsl, Judge, 9CCA |
| NOTE - 3 | 02/15/05 | Transmittal: Forwarded notice of appeal (83-1) to 9CCA. |
| 84 - 1 | 02/15/05 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (83-1) cc:cnsl |
| 85 - 1 | 03/07/05 | DEF 1 PARTIAL Transcript of IOS held 2/7/05. |
| 86 - 1 | 06/16/05 | USM Return of svc on judgment re: DEF 1 on 06-08-05 to FCI Ashland t Ashland, KY. |
| 87 - 1 | 08/03/05 | [Re: DEF 1] Copy of Order from 9CCA (83-1). Within 14 days of date of order shall file opening brief, excerpts of record, and a motion for relief from default, or alternatively, to w/d as counsel. Failure to respond to this order will result in sanctions against Wm. Bryson. Due date for appellee's brief will be set upon appellant's compliance with the order. Clerk to serve cc of order and CJA form 23 on counsel Bryson by certified mail (return receipt requested). cc:cnsl; R. Thomas |
| 88 - 1 | 09/14/05 | [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (83-1) that: 1) W. Bryson shall have 14 days to show cause in writing why court should not impose monetary sanctions; 2) within 28 days appellant shall: a) retain new counsel b) file motion for appt of counsel or c) inform ct in writing of intent to proceed w/o counsel. cc: USA; USM; USPO; W. Bryson, Esq.; Defendant; Judge Beistline. |
| 89 - 1 | 10/05/05 | DEF 1 CJA appointment of Allison Mendel (cc to 9CCA). |
| 90 - 1 | 11/15/05 | DEF 1 Transcript Designation/Order Form re: notice of appeal (83-1) w/order form & CJA 24. cc:ecr |