**FILED**

UNITED STATES COURT OF APPEALS

RECEIVED   MAR 10 2006

FOR THE NINTH CIRCUIT   MAR 1 3 2006   CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| UNITED STATES OF AMERICA, | No. 05-30074 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00028-RRB |
| v. | District of Alaska, Fairbanks |
| RAYMOND ALLEN THOMAS, | ORDER |
| Defendant - Appellant. | |

Before: BEEZER, T.G. NELSON and BEA, Circuit Judges.

On September 7, 2005, the court ordered appellant's counsel, William P. Bryson, Esq., to show cause in writing why this court should not impose on counsel Bryson monetary sanctions not less than $1,000 for failing to comply with this court's rules and orders. Counsel has failed to file a timely response to the court's order to show cause.

Accordingly, a monetary sanction in the amount of $1,000 is imposed on attorney Bryson for failure to comply with this court's rules and orders. The sanction is imposed as a judgment and shall be paid to the Clerk of this Court within 21 days of the filing date of this order. Failure to comply with this order may result in the imposition of additional sanctions on counsel as well as referral of this judgment to the United States Attorney for collection.

05-30074

The Clerk shall serve by certified mail (return receipt requested) a copy of this order on William P. Bryson, Esq., 1015 W. Seventh Ave., Anchorage, Alaska 99501.

The Clerk shall also serve this order on the Alaska Bar Association, Steve VanGoor, Bar Counsel, P.O. Box 100279, Anchorage, Alaska 99510.