UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 19 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED

APR 24 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>RAYMOND ALLEN THOMAS,<br><br>Defendant - Appellant. | No. 05-30074<br><br>D.C. No. CR-03-00028-RRB<br>District of Alaska,<br>Fairbanks<br><br>ORDER |

Before: BEEZER, T.G. NELSON and BEA, Circuit Judges.

The March 10, 2006 order is vacated.

The September 7, 2005 order to show cause is discharged.

The Clerk shall serve this order on Charles A. Dunnagan, Trustee Counsel, Jermain, Dunnagan & Owens, 3000 "A" Street, Suite 300, Anchorage, Alaska 99503, and the Alaska Bar Association, Steve VanGoor, Bar Counsel, P.O. Box 100279, Anchorage, Alaska 99510.

S:\MOATT\Panelord\4.06\snr\05-30074.wpd