UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 11/7/2006

To: United States Court of Appeals      ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk                            (X) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103               ( )JUDGE

From: U.S. District Court
     101 12th Ave Room 332
     Fairbanks, AK 99701

DC No: 4:03-cr-00028-RRB           Appeal No: 05-30074

Short title: USA v Thomas

Composition of Record

Clerk's Files in 2 volumes    (X)original    ( ) certified copy

    Bulky docs. _____ volumes, docket # _____
                      (folders)

Reporter's  in _____ volumes    ( ) original    ( )certified copy
Transcripts

Exhibits:  in _____ envelopes    ( ) under seal

       in _____ boxes           ( ) under seal

Other: _____

_____

(please note any documents filed under seal)


Acknowledgement: _____    Date: _____

"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 11/7/2006

To: United States Court of Appeals     ATTN: ( ) CIVIL
     For the Ninth Circuit
     Office of the Clerk                  (X) CRIMINAL
     95 Seventh Street
     San Francisco, California 94103       ( )JUDGE

From: U.S. District Court
        101 12th Ave Room 332
        Fairbanks, AK 99701

DC No: 4:03-cr-00028-RRB      Appeal No: 05-30074

Short title: USA v Thomas

Composition of Record

Clerk's Files in 2 volumes    (X)original    ( ) certified copy

     Bulky docs. ____ volumes, docket #_____
                             (folders)

Reporter's in ____ volumes    ( ) original    ( )certified copy
Transcripts

Exhibits:    in ____ envelopes    ( ) under seal

           in ____ boxes    ( ) under seal

Other: _____

_____

(please note any documents filed under seal)

Acknowledgement: _____    Date: _____

"record.app" [11/21/97]