UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 12 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-30074 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00028-F-RRB |
| v. | District of Alaska, Fairbanks |
| RAYMOND ALLEN THOMAS, | ORDER |
| Defendant - Appellant. | |

RECEIVED

DEC 18 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: B. FLETCHER and McKEOWN, Circuit Judges, and SCHWARZER,[*] District Judge.

Submission of this case is hereby withdrawn pending resolution of *Rita v. United States*, 2006 WL 1144508 (4th Cir. May 1, 2006), *cert. granted*, 127 S. Ct. 551 (U.S. Nov. 3, 2006) (No. 06-5754); *Claiborne v. United States*, 439 F.3d 479 (8th Cir. 2006), *cert. granted*, 127 S. Ct. 551 (U.S. Nov. 3, 2006) (No. 06-5618); *United States v. Carty*, 453 F.3d 1214, *hearing en banc granted*, 462 F.3d 1066 (9th Cir. 2006); and *United States v. Zavala*, 443 F.3d 1165, *hearing en banc granted*, 462 F.3d 1066 (9th Cir. 2006) and until further order of the court.

---

[*] The Honorable William W. Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.